# Payoff Quote

| | |
|---|---|
| Caliber Loan Number | |
| Borrower Name | ESTATE OF EUGENE A GEAUMONT |
| FC Sale Date | N/A |

## Advance Breakdown

| | | | |
|---|---|---|---|
| Today's Date | 1/19/2021 | FCL ATTORNEY FEES | $1,185.00 |
| Good Through Date | 1/26/2021 | FCL MISC PROCEEDINGS | $325.00 |
| | | FCL TITLE FEES | $340.00 |
| Principal | 167094.62 | PP - OTHER MAINTENANCE COSTS | $1,745.62 |
| Interest Due | 74689.10 | PP-BOARDING | $780.00 |
| Escrow/Impound Required | 39478.82 | PP-DEBRIS REMOVE I/E HUD ALLOW | $1,450.00 |
| FHA / MI Premium Due | 0.00 | PP-DEBRIS REMOVE-OTHER | $35.00 |
| Late Charges Due | 3075.30 | PP-DEPOSIT/BOND | $50.00 |
| P&I Advance | 0.00 | PP-ELECTRIC BILLS | $313.30 |
| Deferred Amounts | 781.12 | PP-EMERGENCY REPAIRS | $6,300.00 |
| Fees Required w/ Payoff | 40.50 | PP-HEALTH HAZARD REMOVAL I/E | $125.00 |
| Funds to be Credited | (129.05) | PP-HEALTH HAZARD REMOVAL/MOLD | $5,780.00 |
| Unapplied Funds (DIS BAL) | (.00) | PP-INSPECTION EXTERIOR | $1,079.00 |
| Total Advances | 34408.91 | PP-INTERIOR INSPECTION | $352.00 |
| | | PP-LAWN <5000 SQ FT RECUT | $3,245.23 |
| | | PP-LAWN 10001-15000 SQ FT RECU | $150.00 |
| | | PP-LAWN CARE 35001-43560 RECUT | $1,715.00 |
| | | PP-LAWN CARE RECUT | $1,150.00 |
| | | PP-LOCK CHANGE | $40.00 |
| | | PP-LOCK CHANGE/REKEY | $460.00 |
| | | PP-MISC - CONTROLLED THAW INT | $1,000.00 |
| | | PP-MISC-CAP EXPOSED WIRE | $10.00 |
| | | PP-OTHER REPAIRS | $555.00 |
| | | PP-PUMP-PUMP BASEMENT | $800.00 |
| | | PP-PUMP-REPL/INST SUMP | $2,100.00 |
| | | PP-REPAIR - PLUMBING REPAIRS | $150.00 |
| | | PP-SNOW REMOVAL | $375.00 |
| | | PP-TRIM SHRUBS | $1,615.00 |
| | | PP-UTILITIES | $90.83 |
| | | PP-UTILITIES - ELECTRIC | $97.93 |
| | | PP-WINTERIZE DRY HEATING SYS | $750.00 |
| | | PP-WINTERIZE-DEWINTERIZE | $240.00 |
| | | PROP PRES - OTHER REPLACEMENTS | $5.00 |

| | |
|---|---|
| **Total Amount Due** | $ 319,439.32 |

| | |
|---|---|
| Per Diem | 28.61 |

**\*\*Firm must add any outstanding attorney fees and costs to the total amount due\*\***

**The above payoff figures are subject to final verification upon receipt of the payoff funds.  If the payoff funds are insufficient to pay the total amount required to release the lien, Caliber reserves the right to return the funds to the remitting party.**



EXHIBIT D